# United States District Court
for the

Southern District of Ohio

| | |
|---|---|
| RICHARD CASILLO ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:17-cv-746 |
| APPLE COMPUTER INC. d/b/a APPLE INC. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Richard Casillo

Date: 06/27/2018

*Attorney's signature*

Jonathan T. Deters (# 0093976)
*Printed name and bar number*

Schroeder, Maundrell Baribere & Powers
5300 Socialville-Foster Road, Suite 200
Mason, Ohio 45040

*Address*

jdeters@smbplaw.com
*E-mail address*

(513) 583-4204
*Telephone number*

(513) 583-4203
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed on June 27th, 2018, using the Clerk of Court's electronic filing system, which will send notice of such filing to all parties and counsel of record.

*/s/Jonathan T. Deters*
Jonathan T. Deters (#0093976)