UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **RICHARD CASILLO**, | : |
| | : Case No. 1:17-cv-00746 |
| Plaintiff, | : |
| | : **Judge Bertelsman** |
| v. | : |
| | : |
| **APPLE COMPUTER INC. d/b/a APPLE INC.** | : |
| | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. 41 (a)(1)(A)(ii), the parties hereby stipulate that this action and Defendant, Apple, Inc, are both dismissed *with prejudice* with the parties to bear their own costs.

It is so **stipulated**.

<u>*/s/ Patricia Anderson Pryor* **(per 12/15/2018 email authority)**</u>
Patricia Anderson Pryor, Esq. (OH #0069545)
*Counsel for Plaintiff Apple, Inc.*
**JACKSON LEWIS P.C.**
201 E. Fifth Street, 26th Floor
Cincinnati, OH 45202
(513) 898-0050
(513) 898-0051 (fax)
pryorp@jacksonlewis.com

<u>*/s/ Scott A. Sollmann*</u>
Scott A. Sollmann, Esq. (OH #0081467)
Jonathan T. Deters, Esq. (OH #0093976)
*Attorneys for Plaintiff, Richard Casillo*
**SCHROEDER, MAUNDRELL, BARBIERE & POWERS**
5300 Socialville Foster Road, Suite 200
Mason, OH 45040
(513) 583-4200
(513) 583-4203 (fax)
Email: ssollmann@smbplaw.com
          jdeters@smbplaw.com